IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH C. DUDEK, | ) | |
| | ) | Civil Action No. 2:23-cv-00602 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| ALLEGHNEY COUNTY JAIL, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER**

The Petitioner in this matter has submitted for filing a Petition for Writ of Habeas Corpus without a filing fee or the forms required to proceed *in forma pauperis* in a habeas case. This action may not proceed unless the Petitioner either,

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

(2) files a properly completed application to proceed *in forma pauperis*.

Therefore,

**IT IS HEREBY ORDERED** this 25th day of April, 2022 that the Clerk of Court mark this case **CLOSED**.

**IT IS FURTHER ORDERED** that Petitioner may submit a motion to proceed *in forma pauperis*. If that motion is granted, the case will be reopened.

**IT IS FURTHER ORDERED** that the Petitioner may also reopen this case by paying the $5.00 filing fee.

**AND IT IS FURTHER ORDERED** that the Petitioner is allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan

Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Joseph C. Dudek
170664
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA  15219